NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBERT GORDON and MELISSA CHAN, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED CONTINENTAL HOLDING, INC., MILEAGE PLUS HOLDINGS, LLC and UNITED AIRLINES, INC.,<br>　　　　　　Defendants. | Civil Action No. 2:13-cv-05967-SDW-MCA<br><br>**ORDER**<br><br>September 3, 2014 |

**WIGENTON**, District Judge.

Before the Court are Defendants United Continental Holding, Inc., Mileage Plus Holdings, LLC, and United Airlines, Inc. (collectively "United" or "Defendants"), Motion to Dismiss Plaintiffs Robert Gordon and Melissa Chan's (collectively "Plaintiffs") Class Action Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion for Sanctions against Plaintiffs' attorneys pursuant to Federal Rule of Civil Procedure 11. This matter has been decided without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons stated in this Court's Opinion dated September 3, 2014,

**IT IS** on this 3rd day of September, 2014,

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Defendants' Motion for Sanctions is **DENIED.**

<u>/s/ Susan D. Wigenton</u>

**Susan D. Wigenton, U.S.D.J.**

cc: the Hon. Madeline Cox Arleo, U.S.M.J.